IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VASCO | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 15-4623 |
| POWER HOME REMODELING | : |
| GROUP LLC | : |

## ORDER

**AND NOW,** this 5th day of April 2016, after counsel today reported a settlement in principal, it is **ORDERED** the initial pretrial conference scheduled for April 7, 2016 is **ADJOURNED,** the parties shall file a Joint Motion for Preliminary Approval of the Settlement on or before **April 22, 2016** and the Court shall hold a hearing on the filed Motion on **April 29, 2016 at 12:30 P.M in Courtroom 9A.**

_____
KEARNEY, J.