IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TEOFILO VASCO, individually and on behalf of all others similarly situated,

Plaintiff,

v.

POWER HOME REMODELING GROUP LLC,

Defendant.

No. 15-cv-4623-MAK

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to FED. R. CIV. P. 23, Plaintiff Teofilo Vasco ("Plaintiff") respectfully moves this Court for entry of an Order granting final approval of the Parties' Settlement as fair, reasonable and adequate for the Class. In support of this Motion, Plaintiff relies on the accompanying Memorandum of Law, the Declaration of Arthur Stock, the Declaration of Jarrett L. Ellzey, any papers filed in reply, and all other proceedings in this litigation.

Accordingly, Plaintiff respectfully requests that this Motion be granted and that the Court enter the Parties' proposed Final Approval Order and Entry of Judgment.

Dated: August 23, 2016

Respectfully submitted,

BERGER & MONTAGUE, P.C.

/s/ Arthur Stock
Shanon J. Carson (Pa. Bar #85957)
scarson@bm.net
Arthur Stock (Pa. Bar #64336)
astock@bm.net
Lane L. Vines (Pa. Bar #80854)
lvines@bm.net
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

HUGHES ELLZEY, LLP
W. Craft Hughes
craft@hughesellzey.com
Jarrett L. Ellzey
jarrett@hughesellzey.com
2700 Post Oak Blvd., Ste. #1120
Galleria Tower I
Houston, TX 77056
Tel.: (888) 350-3931
Fax: (888) 995-3335

*Counsel for Plaintiff and the Class*