IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEOFILO VASCO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>POWER HOME REMODELING GROUP LLC,<br><br>    Defendant. | No. 15-cv-4623-MAK |

## PLAINTIFF'S MOTION FOR APPROVAL OF ATTORNEYS' FEES AND EXPENSES

Pursuant to FED. R. CIV. P. 23(h), Plaintiff Teofilo Vasco ("Plaintiff") respectfully moves this Court for entry of an Order:

  (1) approving Plaintiff's Counsel's attorneys' fees of 25% of the $5.2 million Settlement;

  (2) approving $20,000 in reimbursement of Plaintiff's Counsel's out-of-pocket expenses incurred in prosecuting this litigation; and

  (3) approving a service award of $5,000 to Plaintiff in recognition of his role in bringing this case and for his service on behalf of the Class.

In support of this Motion, Plaintiff relies upon the accompanying Memorandum of Law, the Declaration of Arthur Stock, the Declaration of Jarrett L. Ellzey, any papers filed in reply, and all other proceedings in this litigation. Accordingly, Plaintiff respectfully requests that this Motion be granted and that the Court enter Plaintiff's Proposed Order Granting Plaintiff's Motion for Approval of Attorneys' Fees and Expenses.

|   |   |
|---|---|
| Dated:  August 23, 2016 | Respectfully submitted,<br><br>BERGER & MONTAGUE, P.C.<br><br>  /s/  Arthur Stock<br>Shanon J. Carson (Pa. Bar #85957)<br>scarson@bm.net<br>Arthur Stock (Pa. Bar #64336)<br>astock@bm.net<br>Lane L. Vines (Pa. Bar #80854)<br>lvines@bm.net<br>1622 Locust Street<br>Philadelphia, PA  19103<br>Tel:  (215) 875-3000<br>Fax:  (215) 875-4604<br><br>HUGHES ELLZEY, LLP<br>W. Craft Hughes<br>craft@hughesellzey.com<br>Jarrett L. Ellzey<br>jarrett@hughesellzey.com<br>2700 Post Oak Blvd., Ste. #1120<br>Galleria Tower I<br>Houston, TX  77056<br>Tel.:  (888) 350-3931<br>Fax:  (888) 995-3335<br><br>*Counsel for Plaintiff and the Class* |