IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEOFILO VASCO | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 15-4623 |
| POWER HOME REMODELING | : |
| GROUP LLC | : |

## ORDER

AND NOW, this 12th day of October 2016, upon consideration of Plaintiff's Motion for an award of attorneys' fees, expenses and incentive awards (ECF Doc. No. 27), objections from two Class Members (ECF Doc. No. 34-1), following evaluation of evidence, affidavits, objections and oral argument at our noticed Final Fairness Hearing after no interested party or Class Member sought to adduce testimony and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 27) is **GRANTED** in part:

1. Class Counsel is awarded $1,300,000 in attorneys' fees ("Award") to be paid from the $5.2 Million Settlement Amount[1];

2. Class Counsel is awarded reimbursement for up to $20,000 in expenses; and,

3. Plaintiff Teofilo Vasco is awarded a $3,000 incentive award.

KEARNEY, J.

---

[1] Unless otherwise defined, all capitalized terms have the same meaning as in the May 5, 2016 Settlement Agreement (ECF Doc. No. 23-1.)